# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 26-31783 |
| *KARA JO NEAL,* | |
| Debtor. | Chapter 7 case |

NOTICE OF HEARING AND MOTION TO DELAY ENTRY OF DISCHARGE AND TO EXTEND TIME TO FILE REAFFIRMATION

To: The debtor, Newrez, LLC attn: C.E.O., this honorable Court, and the other entities specified in the rules:

1. Kara Jo Neal, debtor herein, by and through counsel undersigned, moves this Court for the relief requested below and gives notice of hearing.

2. The Court will hold a telephonic hearing on this motion at 2:00 P.M. on Tuesday, September 8, 2026. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this Motion must be filed and delivered not later than Tuesday, September 1, 2026, which is seven days before the time set for the hearing. UNLESS A RESPONSE OPPOSING THIS OBJECTION IS TIMELY

FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THIS OBJECTION WITHOUT A HEARING.

4. The Court has jurisdiction over this Motion to 28 U.S.C. §§ 157 and § 1334. This is a core proceeding. The petition commencing this case was filed May 28, 2026. The case remains pending in this Court.

5. This Motion arises under 11 U.S.C. §524, Fed. Rule Bankr. P. 4004 and 4008. It is filed under Fed. R. Bankr. P. 9013 and Local Rule 9013-1. The debtor seeks relief with respect to delaying the entry of discharge and enlarging the time to file a reaffirmation agreement with Newrez, LLC.

6. This Court may delay the entry of an order for discharge in a chapter 7 case by 30 days on motion of the debtor. Fed. R. Bankr. P. 4004(c)(2).

7. This Court may extend the time to file a reaffirmation agreement *at any time* on motion of the debtor. Fed. R. Bankr. P. 4008(a).

8. The debtor's 341 meeting of creditors was held on June 24, 2024. The trustee filed a report of no distribution on July 7, 2026

9. On Schedules A/B, the debtor discloses certain real property used as her primary residence.

10. On Schedule D, the debtor discloses a senior mortgage lien encumbering this property held in favor of Shellpoint Mortgage Servicing dba Newrez, LLC ("NewRez").

11. On the Statement of Intention, the debtor indicates her intent to reaffirm the note secured by this mortgage.

12. The debtor has agreed to the reaffirmation terms.

13. She has signed the reaffirmation agreement with wet ink and is returning the executed reaffirmation to counsel's office via the United States Postal Service.

14. Lest the debtor's case close without this reaffirmation agreement filed due to any delays while in transit with the Postal Service, the debtor asks this Court to extend the entry of the discharge order and to extend the time to file the agreement with Newrez.

***WHEREFORE,*** the debtor moves the Court to enter an order:

1. Delaying the entry of discharge by 10 days from the date the hearing on this motion is scheduled;

2. Extending the time for the debtor and Newrez, LLC to file a reaffirmation agreement until that same time; and

3. Granting such further relief as the Court deems just and equitable.

[Remainder of page intentionally left blank.]

*Respectfully Submitted,*

Dated: 8/24/2026

/s/ Jackson E. Wiese
Jackson E. Wiese (0504727)

**Walker & Walker Law Offices PLLC**
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
jackson@bankruptcytruth.com
***Attorneys for the Debtor***

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Case No. 26-31783

*KARA JO NEAL,*

Debtor. Chapter 7 case

VERIFICATION

I, Kara Jo Neal, debtor undersigned, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 08/24/2026

/s/ Kara Neal

Kara Jo Neal
1557 81/2 Avenue SE
Rochester, MN 55904
misskarajo@gmail.com
(507) 254-7850

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No. 26-31783

*KARA JO NEAL,*

Debtor. Chapter 7 case

MEMORANDUM OF LAW SUPPORTING DEBTOR'S MOTION

The debtor submits this motion in support of the antecedent motion to enlarge the time to file a reaffirmation agreement and to delay discharge.

**Facts**

The debtor restates and realleges all the facts stated in the antecedent Notice of Hearing and Motion and incorporates these facts by reference herein.

**Law**

The court "must promptly grant the discharge" in a Chapter 7 case after the expiration of the time period to object to discharge or to file a motion to dismiss. Fed. R. Bankr. P. 4004(c)(1). This time period elapses 60 days after the first date set for the meeting under §341(a). Fed. R. Bankr. 1017(e)(2). On motion of the debtor, however, this Court may delay the entry of discharge for up to 30 days. Fed. R. Bankr. P. 4004(c)(2).

A reaffirmation agreement must be agreed to before the entry of discharge. 11 U.S.C. § 524(c)(1). A reaffirmation agreement must be filed no later than 60 days after the first date set for the meeting of creditors. Fed R.

Bankr. P. 4008(a). The court may, however, “at any time and in its discretion, enlarge the time to file a reaffirmation agreement." Fed. R. Bankr. P. 4008(a). A movant under Rule 4008 need not show excusable neglect as would be required to proceed under by Rule 9006(b)(1). See *Summary Order Regarding Ex Parte Motion to Enlarge Time*, *In re Brott*, Case No. 10-21514, 2 (Bankr. Idaho March 25, 2011).

Here, after having discussed the implications of reaffirming the note at issue, the debtor has decided that it is important to her to reaffirm this note. She simply desires sufficient time to execute it, send it back, and to have it filed into the docket for this case. Because this Court has historically not entertained requests to vacate a discharge order in order to file a reaffirmation agreement, the debtor asks this Court to delay the entry of discharge as well.

## Conclusion

For the foregoing reasons, the debtor moves the Court for an order:

1. Delaying the entry of discharge by 10 days from the date the hearing on this motion is scheduled;

2. Extending the time for the debtor and Newrez, LLC to file a reaffirmation agreement until that time; and

3. Granting such further relief as the Court deems just and equitable.

*Respectfully Submitted,*

Dated: 8/24/2026

/s/ Jackson E. Wiese

Jackson E. Wiese (0504727)

**Walker & Walker Law Offices PLLC**
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
jackson@bankruptcytruth.com
***Attorneys for the Debtor***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No. 26-31873

*KARA JO NEAL,*

Debtor. Chapter 7 case

ORDER

This case came before the Court on the debtor's motion to enlarge the time to file a reaffirmation agreement. Appearances, if any, are noted in the record. Based on the contents of the motion, the file, the record, and the proceedings herein—

**IT IS ORDERED:**

1. The entry of an order of discharge in this case is delayed until September 18, 2026.

2. The time to for the debtor and Newrez, LLC to file a reaffirmation agreement is extended to that same date.

**BY THE COURT,**

______________________ ______________________________________

Date William J. Fisher
United States Bankruptcy Judge

]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No. 26-31873

*KARA JO NEAL,*

Debtor. Chapter 7 case

UNSWORN CERTIFICATE OF SERVICE

I, Jackson E. Wiese, declare under penalty of perjury that on 08/24/2026, I mailed copies of the foregoing Notice of Hearing and Motion, Verification, Memorandum, and proposed Order by first class mail postage prepaid or electronically by CM/ECF to each entity named below at the address stated below for each entity:

**United States Trustee**
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

**Michael S. Dietz**
1529 Hwy 14 East
No. 241
Rochester, MN 55904

**Kara Jo Neal**
1557 81/2 Avenue SE
Rochester, MN 55904

**NewRez, LLC**
Attn: C.E.O.
601 Office Center Drive
Fort Washington, PA 19034

And to the entities on the attached matrix.

Dated: 8/24/2026

/s/ Jackson E. Wiese
Jackson E. Wiese (0504727)

**Walker & Walker Law Offices PLLC**
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
jackson@bankruptcytruth.com
***Attorneys for the Debtor***

Label Matrix for local noticing
0864-3
Case 26-31783
District of Minnesota
St Paul
Mon Aug 24 13:37:27 CDT 2026

Minnesota Department of Revenue
Bankruptcy Section
PO BOX 64447
St Paul, MN 55164-0447

NewRez LLC
P.O. Box 10826
Greenville, SC 29603-0826

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

United States Attorney
600 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

St Paul
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

ALTRA FEDERAL CU
1700 OAK FOREST DR
ONALASKA, WI 54650-3500

APPLE CARD/GS BANK USA
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170-0001

BEST BUY/CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007-1032

BEST EGG
3419 SILVERSIDE RD
WILMINGTON, DE 19810-4801

(p)BOUNCE AI INC
333 METRO PARK SUITE 5-205
ROCHESTE NY 14623-2632

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CAPITAL ONE
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One/Discover
P.O. Box 71087
Charlotte, NC 28272-1087

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Crown Asset Management
3100 Breckinridge Boulevard
Suite 725
Duluth, GA 30096-7605

DISCOVERC
PO BOX 30939
SALT LAKE CITY, UT 84130-0939

DISCOVERPL
PO BOX 30954
SALT LAKE CITY, UT 84130-0954

HUNTINGTON MORTGAGE CO
7575 HUNTINGTON PARK DR
COLUMBUS, OH 43235-2600

Internal Revenue Service
P.O. Box 931000
Louisville, KY 40293-1000

JPMCB CARD
PO BOX 15369
WILMINGTON, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)MAYO CLINIC
200 FIRST STREET SW
ROCHESTER MN 55905-0002

Minnesota Department of Revenue
Po Box 64447
Saint Paul, MN 55164-0447

Minnesota unemployment Insurance
180 East Fifth Street
St. Paul, MN 55101-2672

NEWREZ LLC
601 OFFICE CENTER DR
FORT WASHINGTON, PA 19034-3275

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

(p)RAUSCH STURM LLP
250 N SUNNYSLOPE ROAD
BROOKFIELD WI 53005-4824

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SYNCB/CAR CARE AAMCO
PO BOX 71757
PHILADELPHIA, PA 19176-1757

SYNCB/CARE CREDIT DC
950 FORRER BLVD
KETTERING, OH 45420-1469

SYNCB/VNMO
PO BOX 71746
PHILADELPHIA, PA 19176-1746

Stenger & Stenger
2618 East Paris Ave Se
Grand Rapids, MI 49546-2458

UCB
5620 Southwyck Blvd.
Toledo, OH 43614-1501

United States Trustee
300 South Fourth Street
1015
Minneapolis, MN 55415-3070

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Vernon Neal
1557 8 1/2 Ave SE
Rochester, MN 55904-5376

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409-2033

Andrew C. Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409-2033

Jackson Eli Brown Wiese
Walker & Walker Law Offices PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409-2033

Kara Jo Neal
1557 8 1/2 Avenue SE
Rochester, MN 55904-5376

Michael S. Dietz
Michael S. Dietz, Esq., Ch. 7 Trustee
1529 Hwy 14 East
Suite 200, #241
Rochester, MN 55904-5307

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bounce AI
333 Metro Park
Ste S-205
Rochester, NY 14623

Mayo Clinic
13400 E. Shea Blvd.
Scottsdale, AZ 85259

Rausch Sturm
300 N Executive Dr
Ste 200
Brookfield, WI 53005

Upgrade Inc
P.O. Box 52210
Phoenix, AZ 85072-2210

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 42 |
| Bypassed recipients | 1 |
| Total | 43 |